█ In the Matter of the DISSOLUTION OF ALSHOR REALTY CORP. SIDNEY FRENCHMAN et al., Appellants; AL MEYERS et al., Respondents.— In a proceeding for the voluntary dissolution of a corporation pursuant to article 9 of the General Corporation Law, the appeals are (1) from an order dated January 4, 1957 referring the matter to a referee to hear and report on three questions, (a) Are the directors of Alshor Realty Corp. unable to agree on a matter of corporate management, (b) Would dissolution be noninjurious to the public, and (c) Would dissolution be beneficial to the shareholders, and (2) from so much of an order dated February 21, 1957 as denied a motion to vacate a notice to examine appellant Benjamin Wein before trial. Order dated January 4, 1957, and order dated February 21, 1957 insofar as appealed from affirmed, with $10 costs and disbursements. The examination before trial shall proceed on five days' notice. (See *Matter of Sahara Beach Club* [*Frenchman-Meyers*], 3 A D 2d 933.) Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ., concur.

█ In the Matter of EAST 16TH STREET PROPERTIES CORP., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.— In a consolidated proceeding to review real estate tax assessments, the appeal is from an order, entered after trial, dismissing the petitions and confirming the assessments. Order unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

█ In the Matter of CHARLES B. MCMANUS et al., Petitioners, against ZONING BOARD OF APPEALS OF THE CITY OF NEW ROCHELLE et al., Respondents, and IRVING BOYCE, Intervenor-Respondent.— This proceeding, pursuant to article 78 of the Civil Practice Act, to review a determination of the Zoning Board of Appeals of the City of New Rochelle, has been transferred to this court (Civ. Prac. Act, § 1296). The determination sought to be reviewed granted the intervenor permission, on an appeal from a denial thereof by the local building official, to erect a six-story multi-family dwelling, 65 feet high, in a. district permitting multi-family dwellings of not more than two and one-half stories and 35 feet high. Determination unanimously confirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.